IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

4/25/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

__Justin Fanty_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

__GDPM_____
(Enter above the name of the Defendant in this Action)

3:23-cv-298

Michael J. Newman

Peter B. Silvain, Jr

If there are additional Defendants, please list them:

_____
_____
_____
_____

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Justin THomas Fanty_____
Name - Full Name Please - PRINT

__2909 Wexford Pl_____
Street Address

__Dayton Ohio 45417_____
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Carlos Turner__
   Name - Full Name Please

   __400 Wayne Av Dayton, OH 45410__
   Address: Street, City, State and Zip Code

2. __Rhonda Lee__
   __400 Wayne Ave, Dayton, OH 45910__

3. __G Recter Dayton Public Housing Authority__
   __400 Wayne Ave, Dayton, OH 45410__

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On 10-24-2019 Mr. Carlos Turner came through my home @ 2909 Wexford Pl, Dayton, OH 45417 and from the inspation discovered my Service Animal, as I suffer from Bipolar distored. Ms. Rhonda Lee then force me to get rid of my doctor ordered service Animal (Dog). So at their comand I got rid of my service Animal. After that point all the harrassment Began.
I have Zero income yet continue to try to charge me huge rents and constant Eviction Notices. I get druged to court often defending their claims and have won a stay each time. They continue to harrass me with little things such as sending out flyers in the whole neighborhood announcing a community Event with my home address as the location for the event.
I have zero income, yet they (GDPM) Expects me to communicate with them via their Website. Knowing we cannot afford a computer or internet, the later Deleated my account all together, yet want me to supply paperwork online without an account, and try to Evict me again because I could not supply their paperwork. It is a never ending cycle demanding paperwork online.
Now because they took me to court for paperwork they claim I have Court Fee's because of their filing and will not allowe -3- me to get a housin voucher saying I owe fees Even though I won all court cases. Agenst me.    (continued)

I abide by all laws AND fill out All paperwork I Am aware of, but when they put the paperwork ONline And I am not granted Access to it, I cannot fill it out until I am aware.

In spring of 2020 my Neighbors informed me that Mr. Turner put a "Green" light on Me, suggesting its OK Murder me. Then A person in the Neighborhood NAmes Jessie, broke My Jaw And fired a gun at me.

Mr. Turner Also called the police came to my house while I was sitting in my yard Accussing me of Arson of 3013 Wexford when my friend who was sitting with me lives at 3013 Wexford And Clearly No fire took place. the harrassment Never Ends

9-28-22 was the date of the Assault

IV. Previous lawsuits: NO

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe). N

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like the defendant to Acknowled their ommission And Error. Return my money they charged me knowing I had zero income And move me to a reasonable Accomidation Where I can live without their constant threats And Harrasment.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 1 day of October, 20 23.

X _____
Signature of Plaintiff

-4-