AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Justin Thomas Fanty | ) |
| *Plaintiff* | ) |
| v. | ) |
| Greater Dayton Premier Management et al | ) |
| *Defendant* | ) |

Civil Action No.   3:23-cv-00298

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Judgment of Dismissal.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Michael J. Newman _____ on a motion for

Order Dismissing Case

Date:   1/16/26 _____

CLERK OF COURT

*Signature of Clerk or Deputy*